# JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 8:25-cv-01258-FWS-DFM | Date | July 14, 2025 |
|---|---|---|---|
| Title | Garold Laughlin Jr v. Experian Information Solutions Inc. | | |

Present: The Honorable  **FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER DISMISSING ACTION FOR LACK OF PROSECUTION FOR FAILURE TO COMPLY WITH THE COURT'S ORDER TO SHOW CAUSE**

This action was filed on June 11, 2025. (Dkt. 1.) On July 9, 2025, the court issued a minute order which ordered "Plaintiff to show cause in writing, no later than July 11, 2025, why this action should not be dismissed for lack of prosecution." (Dkt. 11 ("Order to Show Cause") at 1.) The court further stated that "[f]ailure to file a timely and appropriate response to this [Order to Show Cause] may result in dismissal without further notice or order from the court." (*Id.*) Plaintiff failed to respond to the Order to Show Cause. (*See generally* Dkt.) Therefore, the court **ORDERS** that this action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and for failure to comply with the Order to Show Cause. The court further **ORDERS** all proceedings in the case vacated and taken off calendar. The court's Order to Show Cause is hereby **DISCHARGED**.

                                                                           _____ : _____

Initials of Deputy Clerk   rrp